IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| John W. Vance | ) | |
| | ) | |
|     *Plaintiff,* | ) | |
|   *-vs-* | ) | No. 10 CV _____ |
| | ) | |
| Sergeant G. Allton and Deputy Morrison, | ) | *(jury demand)* |
| | ) | |
| | ) | |
|     *Defendants.* | ) | |

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1343.

2. Defendants Sergeant G. Allton and Deputy Morrison were at all times relevant acting under color of their authority as police officers of Winnebago County, Illinois.

3. On or about September 28, 2008, defendants Allton and Morrison arrested plaintiff for a misdemeanor offense.

4. Defendants Allton and Morrison used excessive and unreasonable force in placing plaintiff under arrest and thereby caused plaintiff to incur serious personal injuries.

5. Plaintiff hereby demands trial by jury.

WHEREFORE plaintiff prays that judgment be entered against each defendant in an amount in excess of one hundred thousand dollars as compensatory damages and fifty thousand dollars as punitive damages.

/s/ <u>Kenneth N. Flaxman</u>
Kenneth N. Flaxman
ARDC 0830399
200 South Michigan Ave
Suite 1240
Chicago, Il. 60604-2430
(312) 427-3200
*attorney for plaintiff*